No. 795, October Term, 1948. FAINBLATT *v.* COMMISSIONER OF INTERNAL REVENUE; and
No. 796, October Term, 1948. FAINBLATT *v.* COMMISSIONER OF INTERNAL REVENUE, 337 U. S. 957. The mo-

tion for leave to file petition for rehearing is denied. Mr. Justice Clark took no part in the consideration or decision of this application.